# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1881
_____

S.H., Individually and on behalf of her minor children A.O. and C.O.,

    Petitioner,

    v.

FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, TRACI MORGAN, FAMILIES FIRST NETWORK, JUDGE TODD HARRIS, JUDGE THOMAS WILLIAMS, JUDGE COLEMAN LEE ROBINSON et al.,

    Respondents.

_____

Petition for Writ of Mandamus—Original Proceedings.


August 7, 2025


PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


S.H., pro se, Petitioner.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Department of Children and Families.